UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAY KUMAR DEV,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BIRENDA NARAYAN DEO, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-00480 TLN AC PS<br><br><br>ORDER |

Plaintiff is proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(21).

Plaintiff has requested a 30-day extension of time to file his objections to the undersigned's findings and recommendations. ECF No. 22. Plaintiff indicates he is having difficulties accessing the prison law library, which is currently open only two days each week and serves approximately 700 inmates. Id. Plaintiff is informed that his objections need only identify the matters to which he objects, and bases for the objections; legal argument and detailed briefing are not required. Nonetheless, considering the plaintiff's pro se status and the procedural posture of this case, the extension will be granted. Further requests for extension on the same grounds will be looked upon with disfavor.

////

////

For cause shown, IT IS HEREBY ORDERED that Plaintiff's motion for an extension of time (ECF No. 22) is GRANTED. Plaintiff shall have until Monday, February 4, 2019 to file objections to the undersigned's findings and recommendations.

DATED: January 7, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE